NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**THREE S CONSULTING,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5104

---

Appeal from the United States Court of Federal
Claims in No. 10-CV-583, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

DANIEL A. BELLMAN, Attorney at Law, of Granville,
Ohio, argued for plaintiff-appellant.

STEVEN M. MAGER, Senior Trial Counsel, Commercial
Litigation Branch, Civil Division, United States Depart-
ment of Justice, of Washington, DC, argued for defendant-
appellee.  With him on the brief were STUART F. DELERY,
Assistant Attorney General, BRYANT G. SNEE, Acting
Director, and KIRK T. MANHARDT, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2014                   /s/ Daniel E. O'Toole
Date                             Daniel E. O'Toole
                                     Clerk of Court